IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KRISTINA YARBRO | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 14-943 |
| | : | |
| TRANS UNION, LLC., ET AL. | : | |

## O R D E R

**AND NOW**, this  15th  day of  September , 2014, it having been reported that plaintiff voluntarily dismissed defendants **ENHANCED RECOVERY CORPORATION** and **HEALTHCARE REVENUE RECOVERY GROUPS, LLC** upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that this action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs, **as to the above named parties only**.

**MICHAEL E. KUNZ**, Clerk of Court

**BY:**      /s/ Patricia Clark
         Deputy Clerk to Judge McHugh

Copies EMAILED on  09/15/14  to:

Gregory J. Gorski, Esquire
Mark D. Mailman, Esquire
Andrew M. Lehmann, Esquire
William R. Brown, Esquire
Casey Green, Esquire
Jennifer Tatum Root, Esquire
Richard J. Perr, Esquire
James Christie, Esquire
Cary M. Snyder, Esquire
Mohammad A. Ghiasuddin, Esquire